THE STATE EX REL. SALYER, APPELLANT, v. OHIO BUREAU
OF WORKERS' COMPENSATION, APPELLEE.

[Cite as *State ex rel. Salyer v. Ohio Bur. of Workers'
Comp.* (1998), 83 Ohio St.3d 387.]

(No. 96–1999—Submitted July 8, 1998—Decided October 14, 1998.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee.

---

The judgment of the court of appeals is reversed, and the writ is granted.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

**LUNDBERG STRATTON, J., dissenting.** I would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.